BEFORE THE SECOND DIVISION, JANUARY 8, 1948

**No. 52103.**—Davis Grossman Glove Corp. et al. *v.* United States, protests 602361–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52104.**—R. Maes Export & Import Corp. *v.* United States, protest 133717–K (New York).

·Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the claim of the plaintiff was sustained.

**No. 52105.**—Oxford University Press, N. Y., Inc. *v.* United States, protest 133488–K (New York).

Opinion by KINCHELOE, J.   In accordance with stipulation that the merchandise consists of books of *bona fide* foreign authorship similar in all material respects (except title) to the books which were the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309), the claim of the plaintiff was sustained.

**No. 52106.**—Davies Turner & Co. et al. *v.* United States, protests 31316–K, etc. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.